PER CURIAM.

(No. 74-CC-324—Claimant )

AMOS S. MOORE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed Varch 8, 1974.*

AMOS S. MOORE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.